THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Mujahid Abdul
 Gaines, Appellant.
 
 
 

Appeal From Richland County
 Kenneth G. Goode, Circuit Court Judge
Unpublished Opinion No. 2009-UP-232
Submitted May 1, 2009  Filed May 27, 2009    
APPEAL DISMISSED

 
 
 
 Appellate Defender Wanda H. Carter, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 of Columbia; Solicitor Warren B. Giese, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Mujahid
 Abdul Gaines appeals from his guilty plea
 to armed robbery, filing a false police report, and failure to stop for a blue
 light.  On appeal, Gaines argues the plea judge erred in failing to determine
 whether Gaines was mentally competent before accepting the plea.  Gaines has
 also filed a pro se brief. After
 a thorough review of the record and both briefs, pursuant to Anders v.
 California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116,
 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsel's motion to be
 relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J., THOMAS, and KONDUROS, JJ.,
 concur.

[1] We decide this case without oral argument pursuant
 to Rule 215, SCACR.